AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

BORDER TIMBERS LIMITED & HANGANI DEV. CO.
*Plaintiff*
v.
REPUBLIC OF ZIMBABWE
*Defendant*

) ) ) ) )

Civil Action No. 21-cv-02428-APM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

x the plaintiff *(name)* Border Timbers Limited and Hangani Development Co. recover from the defendant *(name)* Republic of Zimbabwe the amount of $126,569,887, £1,024,718 and ZAR87,345 dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Starting August 1, 2026, interest shall accrue at the SOFR rate plus 2%, compounded every six months, through the date that final judgment is entered, which, until December 31, 2026, is $19,632.03, £158.94 and ZAR13.55 per day. From the date judgment is entered until the judgment is satisfied in full, post judgment interest shall accrue at the statutory interest rate set forth in 28 U.S.C. § .

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Amit P. Mehta on a motion for Summary Judgment.

Date: 08/03/2026

*ANGELA D. CAESAR, CLERK OF COURT*

Crystal Love
*Signature of Clerk or Deputy Clerk*